```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

JAMIE S. JUSTICE,

      Plaintiff,

v.                           CIVIL ACTION NO. 1:17-03967

RALPH W. JUSTUS, et al.,

      Defendants.

ORDER AND NOTICE

Pursuant to the Local Rules of Civil Procedure of this court, effective December 1, 2009, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

| Date | Event |
|---|---|
| 12/15/17 | Last day for Rule 26(f) meeting. |
| 12/22/17 | Last day to file report of Rule 26(f) meeting and Scheduling Order Worksheet, available on the Court's website. |
| 01/09/18 | Scheduling conference at 9:30 a.m., in Bluefield, West Virginia, before the undersigned. |
| 01/15/18 | Entry of scheduling order. |
| 01/17/18 | Last day to make Rule 26(a)(1) disclosures. |

The provisions of FR Civ P 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings

without leave of court are not affected by this Order and Notice.

Pursuant to LR Civ P 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C. § 636. The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (FR Civ P Form 34), or by so indicating on the Report of Parties' Planning Meeting and Scheduling Order Worksheet, all of which are available on the court's website.

When electronically filing documents with the Clerk's office, a paper courtesy copy to the assigned judicial officer is not required except where any motion, memorandum, response, or reply, together with documents in support thereof, is 50 pages or more in length, or where any administrative record is 75 or more pages in length.

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

IT IS SO ORDERED this 14th day of November, 2017.

ENTER:

David A. Faber
Senior United States District Judge