IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Bluefield

**JAMIE S. JUSTICE,**

    **Plaintiff,**

v.                                             **Civil Action No. 1:17-cv-03967**
                                                 **Honorable David A. Faber**

**RALPH W. JUSTUS,**
**JAROD A. TUPPER, and**
**JOHN DOE, individually as members of**
**the West Virginia State Police,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant, Jarod A. Tupper, does hereby certify on this ____ day of January, 2018, that a true copy of the foregoing "***Defendant Jarod A. Tupper's Rule 26(a)(1) Disclosures***" was served upon counsel of record by depositing same to them in the U.S. Mail, postage prepaid, and addressed as follows:

*Counsel for Plaintiff*
Russell A. Williams, Esq.
KATZ, KANTOR, STONESTREET, &
BUCKNER, PLLC
112 Capitol Street, Suite 200
Charleston, WV 25301
(304) 431-4053

*Counsel for Plaintiff*
Eric J. Buckner, Esq., WVSB #9578
Katz, Kantor, Stonestreet & Buckner, PLLC
207 South Walker St.
Princeton, WV 24740
(304) 431-4050

*Counsel for Defendant Ralph Justus*
Michael D. Mullins, Esq.
Steptoe & Johnson
Post Office Box 1588
Chase Tower, 17th Floor
707 Virginia Street, E.
Charleston, WV 25326-1588

                                                                /s/ Gary E. Pullin
                                                                 Gary E. Pullin, Esq., WVSB #4528
                                                                  Wendy E. Greve, Esq., WVSB #6599

Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545