IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

JAMIE S. JUSTICE,

    Plaintiff,

v.                                    Civil Action No. 1:17-cv-03967

RALPH W. JUSTUS,
JAROD A. TUPPER, and
JOHN DOE, individually as members of
the West Virginia State Police,

    Defendants.

## CERTIFICATE OF SERVICE

    I, Russell A. Williams, do hereby certify that on this the 17th day of January, 2018, I electronically filed this Certificate of Service for ***Plaintiff's Initial Disclosures*** through the ECF system and the complete Disclosures were mailed via U. S. Mail to the following:

        Michael D. Mullins
        Colton Parsons
        Steptoe & Johnson
        P. O. Box 1588
        Charleston, West Virginia 25326-1588
        *Counsel for Defendant Ralph Justus*

        Gary E. Pullin
        Wendy E. Greve
        Pullin, Fowler, Flanagan, Brown & Poe PLLC
        James Mark Building
        901 Quarrier Street
        Charleston, West Virginia 25301
        *Counsel for Defendant Jarod A. Tupper*

                                          /s/Russell A. Williams
                                          Russell A. Williams, WVSB 12710