IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

JAMIE S. JUSTICE,

    Plaintiff,

v.                                          CIVIL ACTION NO. 1:17-cv-03967
                                          JUDGE: DAVID A. FABER

RALPH W. JUSTUS,
JAROD A. TUPPER, and
JOHN DOE, individually as members of
the West Virginia State Police

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2018, I filed the foregoing Certificate of Service regarding **"Ralph Justus' Rule 26(a)(1) Disclosures"** by utilizing the CM/ECF system and the complete disclosures were mailed via U.S. Mail to counsel as listed below:

| | |
|---|---|
| Eric J. Buckner, Esq. (WVSB # 9578)<br>Katz, Kantor, Stonestreet, & Buckner, PLLC<br>112 Capitol Street<br>Charleston, WV 25301<br>*Counsel for Plaintiff* | Gary E. Pullin, Esquire (WVSB # 4528)<br>Pullin Fowler Flanagan Brown & Poe PLLC<br>901 Quarrier Street<br>Charleston, WV 25301<br>*Counsel for Jarod Tupper and John Doe* |
| Russell A. Williams, Esq. (WVSB # 12710)<br>Katz, Kantor, Stonestreet, & Buckner, PLLC<br>112 Capitol Street<br>Charleston, WV 25301<br>*Counsel for Plaintiff* | |

                                                    /s/ Colton Parsons
**STEPTOE & JOHNSON PLLC**                Michael D. Mullins [WVSB #7754]
        Of Counsel                        707 Virginia Street, East, 17th Floor
                                                  Post Office Box 1588
                                                  Charleston, WV 25326-1588
                                                  Telephone: 304-353-8000
                                                  Facsimile: 304-353-8180
                                                  Michael.Mullins@steptoe-johnson.com

004600.01813