IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Bluefield

**JAMIE S. JUSTICE,**

    **Plaintiff,**

**v.**                                                 **Civil Action No. 1:17-cv-03967**
                                                         **Honorable David A. Faber**

**RALPH W. JUSTUS,**
**JAROD A. TUPPER, and**
**JOHN DOE, individually as members of**
**the West Virginia State Police,**

    **Defendants.**

## MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff, Jamie S. Justice, by counsel, Eric J. Buckner and Katz, Kantor, Stonestreet & Buckner, PLLC, and brings forth this Motion to Amend his Complaint pursuant to the Honorable Court's December 20, 2017 Scheduling Order. (Doc. 20). This Scheduling Order provides that "[t]he amendment of any pleading and the joinder of any party shall be completed no later than April 2, 2018. Pursuant to this Scheduling Order, Plaintiff seeks to amend his Complaint to name the actual names of the John Doe supervisors that were not named in the original Complaint by their legal name. At the time of filing the Plaintiff's original Complaint, Plaintiff was unaware of Defendants, Ralph W. Justus and Jarod A. Tupper's supervisors' names. As a result, Plaintiff names these supervisors as "John Doe." Plaintiff recently learned through discovery that Chris Kane and Robert Daniel were the actual names of Defendants' supervisors. For these reasons, Plaintiff hereby moves this Honorable Court for leave to file the Amended Complaint attached hereto as Exhibit 1.



KATZ, KANTOR,
STONESTREET &
BUCKNER, PLLC
ATTORNEYS AT LAW

**JAMIE S. JUSTICE**

**By Counsel**

/s/Eric J. Buckner
Eric J. Buckner
WV State Bare No. 9578
Russell A. Williams
WV State Bar No. 12710
Katz, Kantor, Stonestreet & Buckner, PLLC
112 Capitol Street
Charleston, WV 25301
(304) 431-4053



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Bluefield

JAMIE S. JUSTICE,

    Plaintiff,

v.                                                          Civil Action No. 1:17-cv-03967
                                                          Honorable David A. Faber

RALPH W. JUSTUS,
JAROD A. TUPPER, and
JOHN DOE, individually as members of
the West Virginia State Police,

    Defendants.

## CERTIFICATE OF SERVICE

    I, Eric J. Buckner, do hereby certify that on this the 2nd day of April, 2018, I electronically filed the foregoing ***Motion to Amend Complaint*** through the ECF system to the following:

    Michael D. Mullins
    Colton Parsons
    Steptoe & Johnson
    P. O. Box 1588
    Charleston, West Virginia 25326-1588
    *Counsel for Defendant Ralph Justus*

    Gary E. Pullin
    Wendy E. Greve
    Pullin, Fowler, Flanagan, Brown & Poe PLLC
    James Mark Building
    901 Quarrier Street
    Charleston, West Virginia 25301
    *Counsel for Defendant Jarod A. Tupper*

                                                                 **/s/Eric J. Buckner**
                                                                 Eric J. Buckner, WVSB 9578



KATZ, KANTOR,
STONESTREET &
BUCKNER, PLLC
*ATTORNEYS AT LAW*