```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                          AT BLUEFIELD
```

JAMIE S. JUSTICE,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:17-03967

RALPH W. JUSTUS, et al.,

    Defendants.

### ORDER

A motions hearing in this matter is hereby **SCHEDULED** for Wednesday, July 25, 2018, at 11:30 a.m., in Bluefield.

The Clerk is directed to send a copy of this Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 16th day of July, 2018.

                                      ENTER:

                                        David A. Faber
                                        Senior United States District Judge