IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Bluefield

**JAMIE S. JUSTICE,**

    Plaintiff,

v.                                                   Civil Action No. 1:17-cv-03967
                                                    Honorable David A. Faber

**RALPH W. JUSTUS,**
**JAROD A. TUPPER, and**
**JOHN DOE, individually as members of**
**the West Virginia State Police,**

    Defendants.

### AGREED ORDER OF DISMISSAL

      **NOW COMES** the plaintiff, Jamie S. Justice, by counsel, Russell A. Williams and the law firm of Katz, Kantor, Stonestreet, & Buckner, PLLC, and comes the defendant, Ralph W. Justis, by counsel, Michael D. Mullins and the law firm of Steptoe & Johnson, and came also the defendants, Jarod A. Tupper, Chris Kane, Robert Daniel, and the West Virginia State Police, by counsel, Gary E. Pullin, Wendy E. Greve, and the law firm of Pullin, Fowler, Flanagan, Brown, & Poe, PLLC, and hereby represent to the Court that all matters in controversy between these parties have been settled and compromised, and that these parties jointly move the Court to dismiss all defendants from this matter, with prejudice.

      The Court, being advised of the premises herein and finding no objection thereto, hereby **ORDERS** that the defendants, Ralph W. Justus, Jarod A. Tupper, Chris Kane, Robert Daniel, and the West Virginia State Police, are dismissed from this civil action, with prejudice, with the parties to bear their own costs and attorneys' fees.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTERED THIS _____ DAY OF _____, 2018.

_____
Honorable David A. Faber
Judge

Presented by:

_____
Russell A. Williams, Esq.
KATZ, KANTOR, STONESTREET, & BUCKNER, PLLC
112 Capitol Street, Suite 200
Charleston, WV 25301
Telephone: (304) 431-4053
    *Counsel for Plaintiff*

Approved by:

_____
Gary E. Pullin, Esq. (WVSB #4528)
Wendy E. Greve, Esq. (WVSB #6599)
PULLIN, FOWLER, FLANAGAN, BROWN & POE, PLLC
JamesMark Building
901 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 344-0100
Facsimile: (304) 342-1545
    *Counsel for Defendants Jarod A. Tupper, Chris Kane,*
    *Robert Daniel, and the West Virginia State Police*

_____
Michael D. Mullins, Esq.
Steptoe & Johnson
Post Office Box 1588
Chase Tower, 17th Floor
707 Virginia Street, E.
Charleston, WV 25326-1588
Telephone: (304) 353-8157
Facsimile: (304) 353-8180 Fax
    *Counsel for Defendant Ralph Justus*